**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>WILLIAM T MANOS<br>BONNIE L MANOS<br><br>            Debtor(s)<br>RONDA J. WINNECOUR,<br>Standing Chapter 13 Trustee,<br><br>            Movant<br>      vs.<br>WASHINGTON COUNTY TAX CLM BUREAU(*)<br><br>            Respondents | Case No. 17-24961CMB<br><br>Chapter 13<br><br>Document No __ |

### NOTICE OF FUNDS ON RESERVE

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

The creditor has returned a check from the Trustee. No further payments will be issued on this debt until the creditor satisfactorily explains the returned check and acknowledges that it will accept future payments.

NOTWITHSTANDING THE PLAN PROVISION AND CLAIM FILED, THE CREDITOR REPORTS THAT THE DEBTOR HAS PAID THE TAX DIRECTLY, OUTSIDE OF THE PLAN

| | |
|---|---|
| WASHINGTON COUNTY TAX CLM BUREAU(*)<br>COURTHOUSE-MAIN ST<br>100 W BEAU ST STE 205<br>WASHINGTON, PA 15301-4402 | Court claim# 14/Trustee CID# 34 |

The Movant further certifies that on 05/19/2022 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

cc:  debtor(s)
     original creditor
     putative creditor
     counsel for debtor(s)
     counsel for the creditor(s) (if known)

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

DEBTOR(S):
WILLIAM T MANOS, BONNIE L MANOS,
1029 PIKE RUN DRIVE, COAL CENTER, PA
15423

DEBTOR'S COUNSEL:
DANIEL R WHITE ESQ, ZEBLEY MEHALOV
& WHITE PC, POB 2123*, UNIONTOWN, PA
15401

ORIGINAL CREDITOR:
WASHINGTON COUNTY TAX CLM
BUREAU(*), COURTHOUSE-MAIN ST, 100
W BEAU ST STE 205, WASHINGTON, PA
15301-4402

NEW CREDITOR: