# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

06/10/2022

IN RE:

WILLIAM T MANOS
BONNIE L MANOS
1029 PIKE RUN DRIVE
COAL CENTER,  PA  15423
XXX-XX-4515          Debtor(s)

XXX-XX-1666

Case No.17-24961 CMB

Chapter 13

---

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case.  This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders.  Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan.  Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed.  Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee.  To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known .

In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case.  An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims.  Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

6/10/2022

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| | | | |
|---|---|---|---|
| **SYNCHRONY BANK** | Trustee Claim Number:1   INT %: 0.00% | CRED DESC:  NOTICE ONLY | |
| C/O PRA RECEIVABLES MANAGEMENT LLC | Court Claim Number: | ACCOUNT NO.:  2745 | |
| PO BOX 41021 | | | |
| | CLAIM:  0.00 | | |
| NORFOLK, VA  23541 | COMMENT:  JCP/PRAE | | |

| | | | |
|---|---|---|---|
| **ALLY FINANCIAL(*)** | Trustee Claim Number:2   INT %: 6.00% | CRED DESC:  VEHICLE | |
| ATTN TRUSTEE PAYMENT CENTER | Court Claim Number:3 | ACCOUNT NO.:  2288 | |
| PO BOX 78367 | | | |
| | CLAIM:  11,750.48 | | |
| PHOENIX, AZ  85062-8367 | COMMENT:  $CL-PL@6%*910/PL | | |

| | | | |
|---|---|---|---|
| **MARINER FINANCE LLC** | Trustee Claim Number:3   INT %: 6.00% | CRED DESC:  VEHICLE | |
| 8211 TOWN CENTER DR | Court Claim Number:7 | ACCOUNT NO.:  3183 | |
| | CLAIM:  2,093.67 | | |
| NOTTINGHAM, MD  21236 | COMMENT:  $CL-PL@6%*910/PL | | |

| | | | |
|---|---|---|---|
| **PNC BANK NA** | Trustee Claim Number:4   INT %: 3.50% | CRED DESC:  MORTGAGE PAID IN FULL | |
| POB 94982 | Court Claim Number:NC | ACCOUNT NO.:  5104 | |
| | CLAIM:  26,605.83 | | |
| CLEVELAND, OH  44101 | COMMENT:  7500035104*$@3.5%/PL*910/PL*DKT | | |

| | | | |
|---|---|---|---|
| **TUCKER ARENSBERG PC** | Trustee Claim Number:5   INT %: 0.00% | CRED DESC:  NOTICE ONLY | |
| 1500 ONE PPG PL | Court Claim Number: | ACCOUNT NO.: | |
| | CLAIM:  0.00 | | |
| PITTSBURGH, PA  15222-5401 | COMMENT: | | |

| | | | |
|---|---|---|---|
| **INTERNAL REVENUE SERVICE*** | Trustee Claim Number:6   INT %: 0.00% | CRED DESC:  PRIORITY CREDITOR | |
| CENTRALIZED INSOLVENCY-TRUSTEE REMITS | Court Claim Number:5 | ACCOUNT NO.:  4515 | |
| PO BOX 7317 | | | |
| | CLAIM:  7,472.85 | | |
| PHILADELPHIA, PA  19101-7317 | COMMENT:  16~4515~1666/SCH*$CL-PL | | |

| | | | |
|---|---|---|---|
| **PA DEPARTMENT OF REVENUE*** | Trustee Claim Number:7   INT %: 0.00% | CRED DESC:  PRIORITY CREDITOR | |
| BUR OF COMPL SECT-DEPT 280946 | Court Claim Number:2 | ACCOUNT NO.:  4515 | |
| STRAWBERRY SQ | | | |
| | CLAIM:  1,895.76 | | |
| HARRISBURG, PA  17128 | COMMENT:  15~4515~1666/SCH*$CL-PL | | |

| | | | |
|---|---|---|---|
| **BROWNSVILLE AMBULANCE SERVICE++** | Trustee Claim Number:8   INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR | |
| 12 ARCH ST POB 317 | Court Claim Number: | ACCOUNT NO.:  365 | |
| | CLAIM:  0.00 | | |
| BROWNSVILLE, PA  15417 | COMMENT: | | |

| | | | |
|---|---|---|---|
| **CAL ED FEDERAL CREDIT UNION** | Trustee Claim Number:9   INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR | |
| POB 497 | Court Claim Number: | ACCOUNT NO.:  6932 | |
| | CLAIM:  0.00 | | |
| CALIFORNIA, PA  15419 | COMMENT: | | |

| | | | |
|---|---|---|---|
| **CAL ED FEDERAL CREDIT UNION** | Trustee Claim Number:10  INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR | |
| POB 497 | Court Claim Number: | ACCOUNT NO.:  6932 | |
| | CLAIM:  0.00 | | |
| CALIFORNIA, PA  15419 | COMMENT: | | |

**CLAIM RECORDS**

| | | |
|---|---|---|
| **SYNCHRONY BANK** | Trustee Claim Number:11  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O PRA RECEIVABLES MANAGEMENT LLC | Court Claim Number: | ACCOUNT NO.: 5026 |
| PO BOX 41021 | | |
| | CLAIM:  0.00 | |
| NORFOLK, VA  23541 | COMMENT:  NT ADR~CARE CREDIT/SCH | |

| | | |
|---|---|---|
| **LVNV FUNDING LLC, ASSIGNEE** | Trustee Claim Number:12  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O RESURGENT CAPITAL SVCS | Court Claim Number:11 | ACCOUNT NO.: 4928 |
| POB 10587 | | |
| | CLAIM:  1,829.51 | |
| GREENVILLE, SC  29603-0587 | COMMENT:  CREDIT ONE BANK | |

| | | |
|---|---|---|
| **MIDLAND FUNDING LLC** | Trustee Claim Number:13  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O MIDLAND CREDIT MANAGEMENT INC - AGE | Court Claim Number:4 | ACCOUNT NO.: 6012 |
| PO BOX 2011 | | |
| | CLAIM:  731.31 | |
| WARREN, MI  48090 | COMMENT:  CREDIT ONE | |

| | | |
|---|---|---|
| **IMAGING ASSOC OF GREATER PGH** | Trustee Claim Number:14  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| POB 90218 | Court Claim Number: | ACCOUNT NO.: 4662 |
| | CLAIM:  0.00 | |
| PITTSBURGH, PA  15224 | COMMENT: | |

| | | |
|---|---|---|
| **KEYBANK NA**** | Trustee Claim Number:15  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| POB 94968 | Court Claim Number:1 | ACCOUNT NO.: 6947 |
| | CLAIM:  1,205.97 | |
| CLEVELAND, OH  44101 | COMMENT: | |

| | | |
|---|---|---|
| **CAPITAL ONE NA**** | Trustee Claim Number:16  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O BECKET & LEE LLP | Court Claim Number:6 | ACCOUNT NO.: 9389 |
| PO BOX 3001 | | |
| | CLAIM:  271.56 | |
| MALVERN, PA  19355-0701 | COMMENT:  KOHLS | |

| | | |
|---|---|---|
| **QUANTUM3 GROUP LLC AGNT - MOMA FUNDIN** | Trustee Claim Number:17  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 788 | Court Claim Number:9 | ACCOUNT NO.: 3754 |
| | CLAIM:  718.97 | |
| KIRKLAND, WA  98083-0788 | COMMENT:  LOWES/SYNCHRONY BANK | |

| | | |
|---|---|---|
| **LOWRY RADIOLOGY++** | Trustee Claim Number:18  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| 1111 LOWRY AVE | Court Claim Number: | ACCOUNT NO.: 2995 |
| | CLAIM:  0.00 | |
| JEANNETTE, PA  15644 | COMMENT: | |

| | | |
|---|---|---|
| **MON VALLEY MEDICAL ASS., P.C.** | Trustee Claim Number:19  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| 1025 COUNTRY CLUB ROAD | Court Claim Number: | ACCOUNT NO.: 6544 |
| | CLAIM:  0.00 | |
| MONONGAHELA, PA  15063 | COMMENT: | |

| | | |
|---|---|---|
| **MONONGAHELA VALLEY HOSPITAL** | Trustee Claim Number:20  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| 1163 COUNTRY CLUB ROAD | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| MONONGAHELA, PA  15063 | COMMENT: | |

CLAIM RECORDS

| TD BANK USA NA** | Trustee Claim Number:21  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
|---|---|---|
| C/O WEINSTEIN & RILEY PS | Court Claim Number:12 | ACCOUNT NO.:  7240 |
| PO BOX 3978 | | |
| | CLAIM:  1,092.56 | |
| SEATTLE, WA  98124 | COMMENT: | |

| UNIVERSITY OF PGH PHYSICIAN++ | Trustee Claim Number:22  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
|---|---|---|
| POB 371980 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| PITTSBURGH, PA  15250-7980 | COMMENT: | |

| UPMC HEALTH SERVICES | Trustee Claim Number:23  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
|---|---|---|
| PO BOX 371472 | Court Claim Number: | ACCOUNT NO.:  0630 |
| | CLAIM:  0.00 | |
| PITTSBURGH, PA  15250 | COMMENT:  NT ADR/SCH | |

| QUANTUM3 GROUP LLC AGNT - MOMA FUNDING | Trustee Claim Number:24  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
|---|---|---|
| PO BOX 788 | Court Claim Number:8 | ACCOUNT NO.:  1364 |
| | CLAIM:  1,995.05 | |
| KIRKLAND, WA  98083-0788 | COMMENT:  WALMART/SYNCHRONY BANK | |

| ADVANCED RECOVERY SYSTEMS | Trustee Claim Number:25  INT %:  0.00% | CRED DESC:  SPECIAL NOTICE ONLY |
|---|---|---|
| 901 E 8TH ST STE 206 | Court Claim Number: | ACCOUNT NO.:  4496 |
| | CLAIM:  0.00 | |
| KING OF PRUSIA, PA  19406 | COMMENT:  NT ADR/SCH | |

| CBCS | Trustee Claim Number:26  INT %:  0.00% | CRED DESC:  SPECIAL NOTICE ONLY |
|---|---|---|
| PO BOX 2724 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| COLUMBUS, OH  43216-2724 | COMMENT: | |

| MIDLAND FUNDING | Trustee Claim Number:27  INT %:  0.00% | CRED DESC:  SPECIAL NOTICE ONLY |
|---|---|---|
| PO BOX 2011 | Court Claim Number: | ACCOUNT NO.:  0416 |
| | CLAIM:  0.00 | |
| WARREN, MI  48090 | COMMENT: | |

| PENN CREDIT CORP | Trustee Claim Number:28  INT %:  0.00% | CRED DESC:  SPECIAL NOTICE ONLY |
|---|---|---|
| 2800 COMMERCE DR | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| HARRISBURG, PA  17110 | COMMENT: | |

| TEK COLLECT | Trustee Claim Number:29  INT %:  0.00% | CRED DESC:  SPECIAL NOTICE ONLY |
|---|---|---|
| POB 1269 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| COLUMBUS, OH  43216 | COMMENT: | |

| PA DEPARTMENT OF REVENUE* | Trustee Claim Number:30  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
|---|---|---|
| BUR OF COMPL SECT-DEPT 280946 | Court Claim Number:2 | ACCOUNT NO.:  4515 |
| STRAWBERRY SQ | | |
| | CLAIM:  456.77 | |
| HARRISBURG, PA  17128 | COMMENT:  NO GEN UNS/SCH | |

**CLAIM RECORDS**

| | | |
|---|---|---|
| **INTERNAL REVENUE SERVICE*** | Trustee Claim Number:31  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| CENTRALIZED INSOLVENCY-TRUSTEE REMITS | Court Claim Number:5 | ACCOUNT NO.:  4515 |
| PO BOX 7317 | | |
| | CLAIM:  2,280.44 | |
| PHILADELPHIA, PA  19101-7317 | COMMENT:  NO GEN UNS/SCH | |

| | | |
|---|---|---|
| **UPMC PHYSICIAN SERVICES** | Trustee Claim Number:32  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O DCM SERVICES/BANKRUPTCY | Court Claim Number:10 | ACCOUNT NO.:  4515 |
| PO BOX 1123 | | |
| | CLAIM:  2,052.80 | |
| MINNEAPOLIS, MN  55440 | COMMENT:  NT/SCH | |

| | | |
|---|---|---|
| **WASHINGTON COUNTY TAX CLM BUREAU(*)** | Trustee Claim Number:33  INT %:  9.00% | CRED DESC:  Post Petition Claim (1305) |
| COURTHOUSE-MAIN ST | Court Claim Number:13 | ACCOUNT NO.:  1500 |
| 100 W BEAU ST STE 205 | | |
| | CLAIM:  449.47 | |
| WASHINGTON, PA  15301-4402 | COMMENT:  0800370001001500*$@0%/PL*2018*WNTS 9%*PD BY DTR~NTC-RSV | |

| | | |
|---|---|---|
| **WASHINGTON COUNTY TAX CLM BUREAU(*)** | Trustee Claim Number:34  INT %:  9.00% | CRED DESC:  Post Petition Claim (1305) |
| COURTHOUSE-MAIN ST | Court Claim Number:14 | ACCOUNT NO.:  2402 |
| 100 W BEAU ST STE 205 | | |
| | CLAIM:  85.75 | |
| WASHINGTON, PA  15301-4402 | COMMENT:  0800370001002402*$@0%/PL*STAT ISSUE*2018*WNTS 9%*PD BY DTR~NTC-RSV | |

| | | |
|---|---|---|
| **WASHINGTON COUNTY TAX CLM BUREAU(*)** | Trustee Claim Number:35  INT %:  9.00% | CRED DESC:  Post Petition Claim (1305) |
| COURTHOUSE-MAIN ST | Court Claim Number:15 | ACCOUNT NO.:  2401 |
| 100 W BEAU ST STE 205 | | |
| | CLAIM:  95.34 | |
| WASHINGTON, PA  15301-4402 | COMMENT:  0800370001002401*$@0%/PL*STAT ISSUE*2018*WNTS 9%*PD BY DTR ~ NTC-RSV | |

| | | |
|---|---|---|
| **KML LAW GROUP PC*** | Trustee Claim Number:36  INT %:  0.00% | CRED DESC:  NOTICE ONLY |
| 701 MARKET ST STE 5000 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| PHILADELPHIA, PA  19106 | COMMENT:  PNC BANK/PRAE | |

| | | |
|---|---|---|
| **AIS PORTFOLIO SERVICES (AMERICAN INFO SC** | Trustee Claim Number:37  INT %:  0.00% | CRED DESC:  NOTICE ONLY |
| ATTN BANKRUPTCY NOTICING | Court Claim Number: | ACCOUNT NO.: |
| 4515 N SANTA FE AVE DEPT APS | | |
| | CLAIM:  0.00 | |
| OKLAHOMA CITY, OK  73118 | COMMENT:  ALLY FNCL/PRAE | |