IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Case No. 17-24961 CMB |
| | : | |
| William T. Manos and Bonnie L. Manos, | : | Chapter 13 |
| | : | |
| Debtors. | : | Document No. |
| | : | |
| Daniel R. White and Zebley, Mehalov & White, | : | Hearing Date and Time: August 24, 2023 at 1:30 p.m. |
| | : | |
| Applicants, | : | Responses due: August 7, 2023 |
| | : | |
| vs. | : | |
| | : | |
| No Respondents. | : | |

CERTIFICATION OF NO OBJECTION OF APPLICATION OF DANIEL R. WHITE AND
ZEBLEY MEHALOV & WHITE FOR FINAL COMPENSATION
AND REIMBURSEMENT OF EXPENSES AS COUNSEL FOR DEBTORS

    The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Application of Daniel R. White for Final Compensation and Reimbursement of Expenses as Counsel for Debtors filed on July 19, 2023, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading appears thereon. Pursuant to the Notice of Hearing, objections were to be filed and served no later than August 7, 2023.

    It is hereby respectfully requested that the Order attached to the Application of Daniel R. White for Final Compensation and Reimbursement of Expenses as Counsel for Debtors be entered by the Court.

Dated: August 8, 2023

                                                       ZEBLEY MEHALOV & WHITE, P.C.
                                                       By:

                                                       /s/ Daniel R. White
                                                       PA ID: 78718
                                                       Zebley Mehalov & White
                                                       18 Mill Street Square
                                                       Uniontown, PA 15401
                                                       724-439-9200
                                                       dwhite@zeblaw.com