IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| William T. Manos and Bonnie L. Manos, | : | Case No. 17-24961 CMB |
| | : | |
| Debtors. | : | Document No. |
| | : | |
| William T. Manos and Bonnie L. Manos, | : | |
| | : | |
| Movants, | : | |
| | : | |
| vs. | : | |
| | : | |
| Ronda J. Winnecour, | : | |
| | : | |
| Respondent. | : | |

## DEBTORS' CERTIFICATION OF DISCHARGE ELIGIBILITY

AND NOW come the Debtors, William T. Manos and Bonnie L. Manos, by and through their counsel, Zebley Mehalov & White, and certifies under penalty of perjury that the following statements are true and correct:

1. Debtors have made all payments required by the Chapter 13 Plan. The Trustee has recommended to the Court that the plan be treated as completed.

2. Debtors are not required to pay any Domestic Support Obligations.

3. The Debtors are entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtors have not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtors ineligible for a discharge.

4. On March 31, 2023, at docket numbers 93 and 94, Debtors complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a Certification of Completion of a Post-Petition Instructional Course in Personal Financial Management, with the Certificate of Completion attached to the form.

This Certification is being signed under penalty of perjury by: Debtors carefully examined and understands each of the Bankruptcy Code sections referenced in this Certification.

Dated: August 17, 2023

/s/ William T. Manos
William T. Manos, Debtor


/s/ Bonnie L. Manos
Bonnie L. Manos, Joint Debtor


ZEBLEY MEHALOV & WHITE, P.C.

BY: /s/ Daniel R. White
     Daniel R. White, Esquire
     PA I.D. No. 78718
     P.O. Box 2123
     Uniontown, PA 15401
     724-439-9200
     dwhite@Zeblaw.com