**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: <br><br> WILLIAM T MANOS <br> BONNIE L MANOS <br>         Debtor(s) <br><br> Ronda J. Winnecour <br> Chapter 13 Trustee, <br>         Movant <br>     vs. <br> No Respondents. | Case No.:17-24961 <br><br> Chapter 13 <br><br> Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

October 25, 2023

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

# TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 12/08/2017 and confirmed on 2/21/18. The case was subsequently Completed After Confirmation

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 64,195.72 |
| Less Refunds to Debtor | 1,062.06 | |
| TOTAL AMOUNT OF PLAN FUND | | 63,133.66 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 6,872.60 | |
|   Trustee Fee | 2,739.44 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 9,612.04 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   ALLY FINANCIAL(*) | 11,750.48 | 11,750.48 | 1,565.89 | 13,316.37 |
|     Acct: 2288 | | | | |
|   MARINER FINANCE LLC | 2,093.67 | 2,093.67 | 134.19 | 2,227.86 |
|     Acct: 3183 | | | | |
|   PNC BANK NA | 23,771.69 | 23,771.69 | 2,837.10 | 26,608.79 |
|     Acct: 5104 | | | | |
| | | | | 42,153.02 |
| **Priority** | | | | |
|   DANIEL R WHITE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   WILLIAM T MANOS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   WILLIAM T MANOS | 374.84 | 374.84 | 0.00 | 0.00 |
|     Acct: | | | | |
|   WILLIAM T MANOS | 687.22 | 687.22 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ZEBLEY MEHALOV & WHITE PC | 3,500.00 | 3,500.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ZEBLEY MEHALOV & WHITE PC | 3,372.60 | 3,372.60 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXXXXX8-23 | | | | |
|   INTERNAL REVENUE SERVICE* | 7,472.85 | 7,472.85 | 0.00 | 7,472.85 |
|     Acct: 4515 | | | | |
|   PA DEPARTMENT OF REVENUE* | 1,895.76 | 1,895.76 | 0.00 | 1,895.76 |
|     Acct: 4515 | | | | |
|   WASHINGTON COUNTY TAX CLAIM BURE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1500 | | | | |
|   WASHINGTON COUNTY TAX CLAIM BURE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2402 | | | | |
|   WASHINGTON COUNTY TAX CLAIM BURE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2401 | | | | |
| | | | | 9,368.61 |
| **Unsecured** | | | | |
|   BROWNSVILLE AMBULANCE SERVICE++ | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|---|
| Unsecured | | | | | |
| | Acct: 365 | | | | |
| | CAL ED FEDERAL CREDIT UNION | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 6932 | | | | |
| | CAL ED FEDERAL CREDIT UNION | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 6932 | | | | |
| | SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5026 | | | | |
| | LVNV FUNDING LLC, ASSIGNEE | 1,829.51 | 289.59 | 0.00 | 289.59 |
| | Acct: 4928 | | | | |
| | MIDLAND FUNDING LLC | 731.31 | 115.76 | 0.00 | 115.76 |
| | Acct: 6012 | | | | |
| | IMAGING ASSOC OF GREATER PGH | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4662 | | | | |
| | KEYBANK NA** | 1,205.97 | 190.89 | 0.00 | 190.89 |
| | Acct: 6947 | | | | |
| | CAPITAL ONE NA** | 271.56 | 42.99 | 0.00 | 42.99 |
| | Acct: 9389 | | | | |
| | QUANTUM3 GROUP LLC AGNT - MOMA FU | 718.97 | 113.81 | 0.00 | 113.81 |
| | Acct: 3754 | | | | |
| | LOWRY RADIOLOGY++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2995 | | | | |
| | MON VALLEY MEDICAL ASSOC PC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 6544 | | | | |
| | MONONGAHELA VALLEY HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | TD BANK USA NA** | 1,092.56 | 172.94 | 0.00 | 172.94 |
| | Acct: 7240 | | | | |
| | UNIVERSITY OF PGH PHYSICIAN++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | UPMC HEALTH SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0630 | | | | |
| | QUANTUM3 GROUP LLC AGNT - MOMA FU | 1,995.05 | 315.80 | 0.00 | 315.80 |
| | Acct: 1364 | | | | |
| | PA DEPARTMENT OF REVENUE* | 456.77 | 72.30 | 0.00 | 72.30 |
| | Acct: 4515 | | | | |
| | INTERNAL REVENUE SERVICE* | 2,280.44 | 360.97 | 0.00 | 360.97 |
| | Acct: 4515 | | | | |
| | UPMC PHYSICIAN SERVICES | 2,052.80 | 324.94 | 0.00 | 324.94 |
| | Acct: 4515 | | | | |
| | SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2745 | | | | |
| | TUCKER ARENSBERG PC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | AIS PORTFOLIO SERVICES (AMERICAN IN | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | ADVANCED RECOVERY SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4496 | | | | |
| | CBCS | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | MIDLAND FUNDING | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0416 | | | | |
| | PENN CREDIT CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | TEK COLLECT | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | | | | | 1,999.99 |

TOTAL PAID TO CREDITORS                                                                           53,521.62

17-24961                                                                                                Page 3 of 3

```
TOTAL CLAIMED
    PRIORITY            9,368.61
    SECURED            37,615.84
    UNSECURED          12,634.94
```

Date: 10/25/2023                                    /s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
    WILLIAM T MANOS
    BONNIE L MANOS
        Debtor(s)

Ronda J. Winnecour
        Movant
    vs.
No Repondents.

Case No.:17-24961

Chapter 13

Document No.:

ORDER OF COURT

  AND NOW, this _____ day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-24961-CMB |
| William T Manos | Chapter 13 |
| Bonnie L Manos | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: Oct 25, 2023 | Form ID: pdf900 | Total Noticed: 40 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 27, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | William T Manos, Bonnie L Manos, 1029 Pike Run Drive, Coal Center, PA 15423-1037 |
| 14756958 | + | Advanced Recovery Systems, P.O. Box 80766, Valley Forge, PA 19484-0766 |
| 14756959 | + | Brownsville Ambulance Service, 12 Arch Street, P.O. Box 300, Brownsville, PA 15417-0300 |
| 14742420 | + | Cal-Ed Federal Credit Union, 100 Technology Drive, P.O. Box 497, California, PA 15419-0497 |
| 14756961 | | Imaging Associates of Greater Pittsburgh, P.O. Box 90218, Pittsburgh, PA 15224-0718 |
| 14742426 | + | Lowry Radiology Associates, 1111 Lowry Avenue--Suite 2, Jeannette, PA 15644-3064 |
| 14742427 | | Mariner Finance, P.O. Box 35394, Baltimore, MD 21222-7394 |
| 14756963 | | Mon Valley Medical Associates, PC, 1025 Country Club Road, Monongahela, PA 15063-1599 |
| 14742429 | | Monongahela Valley Hospital, 1163 Country Club Road, Monongahela, PA 15063-1095 |
| 14756965 | + | Tucker Arensberg, P.C., 1500 One PPG Place, Pittsburgh, PA 15222-5413 |
| 14756967 | + | UPMC Health Services, 2 Hot Metal Bridge-Dist. Room 386, Pittsburgh, PA 15203-2348 |
| 14756966 | | University of Pittsburgh Physicians, P.O. Box 371980, Pittsburgh, PA 15250-7980 |
| 15022481 | + | Washington Co. Tax Claim Bureau, 100 West Beau Street, Washington, PA 15301-4483 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 26 2023 00:35:04 | Ally Financial, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 26 2023 00:12:00 | PNC BANK N.A., PO BOX 94982, CLEVELAND, OH 44101 |
| 14742419 | | Email/Text: ally@ebn.phinsolutions.com | Oct 26 2023 00:12:00 | Ally Financial, P.O. Box 130424, Roseville, MN 55113-0004 |
| 14756960 | ^ | MEBN | Oct 26 2023 00:08:47 | CBCS, P.O. Box 2724, Columbus, OH 43216-2724 |
| 14771160 | | Email/PDF: bncnotices@becket-lee.com | Oct 26 2023 00:19:43 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14742421 | | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 26 2023 00:19:30 | CareCredit/Synchrony Bank, Attn: Bankruptcy Department, P.O. Box 965061, Orlando, FL 32896-5061 |
| 14742422 | | Email/PDF: creditonebknotifications@resurgent.com | Oct 26 2023 00:19:09 | Credit One Bank, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 14756962 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 26 2023 00:13:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14742423 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Oct 26 2023 00:14:00 | Key Bank, P.O. Box 94722, Cleveland, OH 44101-4722 |
| 14745053 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Oct 26 2023 00:14:00 | KeyBank, N.A., 4910 Tiedeman Road, Brooklyn, |

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 25, 2023 | Form ID: pdf900 | Total Noticed: 40 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14742424 | | Email/Text: PBNCNotifications@peritusservices.com | Oct 26 2023 00:12:00 | Kohl's, P.O. Box 3043, Milwaukee, WI 53201-3043 |
| 14778972 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 26 2023 00:20:13 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14742425 | | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 26 2023 00:36:33 | Lowe's/Synchrony Bank, Attn: Bankruptcy Deptartment, P.O. Box 965060, Orlando, FL 32896-5060 |
| 14753323 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 26 2023 00:14:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN MI 48090-2011 |
| 14773935 | + | Email/Text: bankruptcy@marinerfinance.com | Oct 26 2023 00:13:00 | Mariner Finance, LLC, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 14742428 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 26 2023 00:14:00 | Midland Funding, 2365 Northside Drive--Suite 300, San Diego, CA 92108-2710 |
| 14756964 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 26 2023 00:13:00 | PA Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14742430 | | Email/Text: bankruptcies@penncredit.com | Oct 26 2023 00:13:00 | Penn Credit, 916 South 14th Street, P.O. Box 988, Harrisburg, PA 17108-0988 |
| 14742431 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 26 2023 00:12:00 | PNC Bank, P.O. Box 5570, Cleveland, OH 44101-0570 |
| 14742895 | + | Email/PDF: rmscedi@recoverycorp.com | Oct 26 2023 00:35:56 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14747832 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 26 2023 00:13:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, Pa. 17128-0946 |
| 14775863 | | Email/Text: bnc-quantum@quantum3group.com | Oct 26 2023 00:13:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14780730 | + | Email/Text: bncmail@w-legal.com | Oct 26 2023 00:14:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14742432 | | Email/Text: bncmail@w-legal.com | Oct 26 2023 00:13:00 | Target National Bank, c/o Target Card Services, P.O. Box 1581, Minneapolis, MN 55440-1581 |
| 14742433 | + | Email/Text: Bankruptcy@TekCollect.com | Oct 26 2023 00:13:00 | TekCollect, P.O. Box 1269, Columbus, OH 43216-1269 |
| 14776466 | | Email/Text: BNCnotices@dcmservices.com | Oct 26 2023 00:13:00 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14742434 | | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 26 2023 00:35:04 | Walmart/Synchrony Bank, Attn: Bankruptcy Department, P.O. Box 965060, Orlando, FL 32896-5060 |

TOTAL: 27

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC BANK, NATIONAL ASSOCIATION |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

Case 17-24961-CMB    Doc 108    Filed 10/27/23    Entered 10/28/23 00:29:15    Desc
Imaged Certificate of Notice    Page 8 of 8

| District/off: 0315-2 | User: auto | Page 3 of 3 |
| --- | --- | --- |
| Date Rcvd: Oct 25, 2023 | Form ID: pdf900 | Total Noticed: 40 |

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 27, 2023         Signature:         /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 25, 2023 at the address(es) listed below:**

| **Name** | **Email Address** |
| --- | --- |
| Brian Nicholas | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com |
| Daniel R. White | on behalf of Joint Debtor Bonnie L Manos lori@zeblaw.com;r63228@notify.bestcase.com;elisa@zeblaw.com |
| Daniel R. White | on behalf of Debtor William T Manos lori@zeblaw.com;r63228@notify.bestcase.com;elisa@zeblaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 5