**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | William T Manos | Social Security number or ITIN  xxx–xx–4515 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Bonnie L Manos | Social Security number or ITIN  xxx–xx–1666 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court    WESTERN DISTRICT OF PENNSYLVANIA

Case number:  17–24961–CMB

# Order of Discharge                                                                                               12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

William T Manos                         Bonnie L Manos

12/20/23                                **By the court:** Carlota M Bohm
                                                United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
William T Manos  
Bonnie L Manos  
    Debtors

Case No. 17-24961-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 3  
Date Rcvd: Dec 20, 2023      Form ID: 3180W      Total Noticed: 41

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 22, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | William T Manos, Bonnie L Manos, 1029 Pike Run Drive, Coal Center, PA 15423-1037 |
| 14756958 | + | Advanced Recovery Systems, P.O. Box 80766, Valley Forge, PA 19484-0766 |
| 14756959 | + | Brownsville Ambulance Service, 12 Arch Street, P.O. Box 300, Brownsville, PA 15417-0300 |
| 14742420 | + | Cal-Ed Federal Credit Union, 100 Technology Drive, P.O. Box 497, California, PA 15419-0497 |
| 14756961 | | Imaging Associates of Greater Pittsburgh, P.O. Box 90218, Pittsburgh, PA 15224-0718 |
| 14742426 | + | Lowry Radiology Associates, 1111 Lowry Avenue--Suite 2, Jeannette, PA 15644-3064 |
| 14742427 | | Mariner Finance, P.O. Box 35394, Baltimore, MD 21222-7394 |
| 14756963 | | Mon Valley Medical Associates, PC, 1025 Country Club Road, Monongahela, PA 15063-1599 |
| 14742429 | | Monongahela Valley Hospital, 1163 Country Club Road, Monongahela, PA 15063-1095 |
| 14756965 | + | Tucker Arensberg, P.C., 1500 One PPG Place, Pittsburgh, PA 15222-5413 |
| 14756967 | + | UPMC Health Services, 2 Hot Metal Bridge-Dist. Room 386, Pittsburgh, PA 15203-2348 |
| 14756966 | | University of Pittsburgh Physicians, P.O. Box 371980, Pittsburgh, PA 15250-7980 |
| 15022481 | + | Washington Co. Tax Claim Bureau, 100 West Beau Street, Washington, PA 15301-4483 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Dec 21 2023 04:52:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 21 2023 00:01:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: AISACG.COM | Dec 21 2023 04:52:00 | Ally Financial, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 21 2023 00:00:00 | PNC BANK N.A., PO BOX 94982, CLEVELAND, OH 44101 |
| 14742419 | | EDI: GMACFS.COM | Dec 21 2023 04:52:00 | Ally Financial, P.O. Box 130424, Roseville, MN 55113-0004 |
| 14756960 | ^ | MEBN | Dec 20 2023 23:59:25 | CBCS, P.O. Box 2724, Columbus, OH 43216-2724 |
| 14771160 | | Email/PDF: bncnotices@becket-lee.com | Dec 21 2023 00:50:02 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14742421 | | EDI: SYNC | Dec 21 2023 04:52:00 | CareCredit/Synchrony Bank, Attn: Bankruptcy Department, P.O. Box 965061, Orlando, FL 32896-5061 |
| 14742422 | | Email/PDF: creditonebknotifications@resurgent.com | Dec 21 2023 00:09:55 | Credit One Bank, P.O. Box 98873, Las Vegas, NV |

Case 17-24961-CMB   Doc 113   Filed 12/22/23   Entered 12/23/23 00:28:59   Desc
Imaged Certificate of Notice   Page 4 of 5

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 20, 2023 | Form ID: 3180W | Total Noticed: 41 |

| | | | | |
|---|---|---|---|---|
| | | | | 89193-8873 |
| 14756962 | | EDI: IRS.COM | Dec 21 2023 04:52:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14742423 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Dec 21 2023 00:01:00 | Key Bank, P.O. Box 94722, Cleveland, OH 44101-4722 |
| 14745053 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Dec 21 2023 00:01:00 | KeyBank, N.A., 4910 Tiedeman Road, Brooklyn, OH 44144-2338 |
| 14742424 | | Email/Text: PBNCNotifications@peritusservices.com | Dec 21 2023 00:00:00 | Kohl's, P.O. Box 3043, Milwaukee, WI 53201-3043 |
| 14778972 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 21 2023 00:23:13 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14742425 | | EDI: SYNC | Dec 21 2023 04:52:00 | Lowe's/Synchrony Bank, Attn: Bankruptcy Deptartment, P.O. Box 965060, Orlando, FL 32896-5060 |
| 14753323 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 21 2023 00:01:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN MI 48090-2011 |
| 14773935 | + | Email/Text: bankruptcy@marinerfinance.com | Dec 21 2023 00:00:00 | Mariner Finance, LLC, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 14742428 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 21 2023 00:01:00 | Midland Funding, 2365 Northside Drive--Suite 300, San Diego, CA 92108-2710 |
| 14756964 | | EDI: PENNDEPTREV | Dec 21 2023 04:52:00 | PA Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14756964 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 21 2023 00:01:00 | PA Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14742430 | | Email/Text: bankruptcies@penncredit.com | Dec 21 2023 00:00:00 | Penn Credit, 916 South 14th Street, P.O. Box 988, Harrisburg, PA 17108-0988 |
| 14742431 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 21 2023 00:00:00 | PNC Bank, P.O. Box 5570, Cleveland, OH 44101-0570 |
| 14742895 | + | EDI: RECOVERYCORP.COM | Dec 21 2023 04:52:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14747832 | | EDI: PENNDEPTREV | Dec 21 2023 04:52:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, Pa. 17128-0946 |
| 14747832 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 21 2023 00:01:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, Pa. 17128-0946 |
| 14775863 | | EDI: Q3G.COM | Dec 21 2023 04:52:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14780730 | + | Email/Text: bncmail@w-legal.com | Dec 21 2023 00:01:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14742432 | | EDI: WTRRNBANK.COM | Dec 21 2023 04:52:00 | Target National Bank, c/o Target Card Services, P.O. Box 1581, Minneapolis, MN 55440-1581 |
| 14742433 | + | Email/Text: Bankruptcy@TekCollect.com | Dec 21 2023 00:00:00 | TekCollect, P.O. Box 1269, Columbus, OH 43216-1269 |
| 14776466 | | Email/Text: BNCnotices@dcmservices.com | Dec 21 2023 00:01:00 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14742434 | | EDI: SYNC | Dec 21 2023 04:52:00 | Walmart/Synchrony Bank, Attn: Bankruptcy Department, P.O. Box 965060, Orlando, FL 32896-5060 |

Case 17-24961-CMB    Doc 113    Filed 12/22/23    Entered 12/23/23 00:28:59    Desc
Imaged Certificate of Notice    Page 5 of 5

| District/off: 0315-2 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Dec 20, 2023 | Form ID: 3180W | Total Noticed: 41 |

TOTAL: 31

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC BANK, NATIONAL ASSOCIATION |
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 22, 2023        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 20, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bnicholas@kmllawgroup.com |
| Daniel R. White | on behalf of Joint Debtor Bonnie L Manos lori@zeblaw.com;r63228@notify.bestcase.com;elisa@zeblaw.com |
| Daniel R. White | on behalf of Debtor William T Manos lori@zeblaw.com;r63228@notify.bestcase.com;elisa@zeblaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 5