IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
WILLIAM T MANOS
BONNIE L MANOS
      Debtor(s)

Ronda J. Winnecour
      Movant
      vs.
No Repondents.

Case No.:17-24961

Chapter 13

Document No.: 106

**ENTERED BY DEFAULT**

ORDER OF COURT

AND NOW, this __20th__ day of __December__, 20_23_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

FILED
12/20/23 9:25 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT,
_Carlota M. Böhm_    dmk
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 17-24961-CMB
William T Manos     Chapter 13
Bonnie L Manos
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 3
Date Rcvd: Dec 20, 2023     Form ID: pdf900     Total Noticed: 40

The following symbols are used throughout this certificate:
**Symbol**  **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 22, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | William T Manos, Bonnie L Manos, 1029 Pike Run Drive, Coal Center, PA 15423-1037 |
| 14756958 | + | Advanced Recovery Systems, P.O. Box 80766, Valley Forge, PA 19484-0766 |
| 14756959 | + | Brownsville Ambulance Service, 12 Arch Street, P.O. Box 300, Brownsville, PA 15417-0300 |
| 14742420 | + | Cal-Ed Federal Credit Union, 100 Technology Drive, P.O. Box 497, California, PA 15419-0497 |
| 14756961 | | Imaging Associates of Greater Pittsburgh, P.O. Box 90218, Pittsburgh, PA 15224-0718 |
| 14742426 | + | Lowry Radiology Associates, 1111 Lowry Avenue--Suite 2, Jeannette, PA 15644-3064 |
| 14742427 | | Mariner Finance, P.O. Box 35394, Baltimore, MD 21222-7394 |
| 14756963 | | Mon Valley Medical Associates, PC, 1025 Country Club Road, Monongahela, PA 15063-1599 |
| 14742429 | | Monongahela Valley Hospital, 1163 Country Club Road, Monongahela, PA 15063-1095 |
| 14756965 | + | Tucker Arensberg, P.C., 1500 One PPG Place, Pittsburgh, PA 15222-5413 |
| 14756967 | + | UPMC Health Services, 2 Hot Metal Bridge-Dist. Room 386, Pittsburgh, PA 15203-2348 |
| 14756966 | | University of Pittsburgh Physicians, P.O. Box 371980, Pittsburgh, PA 15250-7980 |
| 15022481 | + | Washington Co. Tax Claim Bureau, 100 West Beau Street, Washington, PA 15301-4483 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 21 2023 00:23:48 | Ally Financial, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 21 2023 00:00:00 | PNC BANK N.A., PO BOX 94982, CLEVELAND, OH 44101 |
| 14742419 | | Email/Text: ally@ebn.phinsolutions.com | Dec 21 2023 00:00:00 | Ally Financial, P.O. Box 130424, Roseville, MN 55113-0004 |
| 14756960 | ^ | MEBN | Dec 20 2023 23:59:26 | CBCS, P.O. Box 2724, Columbus, OH 43216-2724 |
| 14771160 | | Email/PDF: bncnotices@becket-lee.com | Dec 21 2023 00:23:20 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14742421 | | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 21 2023 00:09:18 | CareCredit/Synchrony Bank, Attn: Bankruptcy Department, P.O. Box 965061, Orlando, FL 32896-5061 |
| 14742422 | | Email/PDF: creditonebknotifications@resurgent.com | Dec 21 2023 00:10:39 | Credit One Bank, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 14756962 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 21 2023 00:01:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14742423 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Dec 21 2023 00:01:00 | Key Bank, P.O. Box 94722, Cleveland, OH 44101-4722 |
| 14745053 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Dec 21 2023 00:01:00 | KeyBank, N.A., 4910 Tiedeman Road, Brooklyn, |

Case 17-24961-CMB   Doc 114   Filed 12/22/23   Entered 12/23/23 00:28:59   Desc
Imaged Certificate of Notice   Page 3 of 4

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 20, 2023 | Form ID: pdf900 | Total Noticed: 40 |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | OH 44144-2338 |
| 14742424 | | Email/Text: PBNCNotifications@peritusservices.com | Dec 21 2023 00:00:00 | Kohl's, P.O. Box 3043, Milwaukee, WI 53201-3043 |
| 14778972 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 21 2023 00:23:03 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14742425 | | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 21 2023 00:35:18 | Lowe's/Synchrony Bank, Attn: Bankruptcy Deptartment, P.O. Box 965060, Orlando, FL 32896-5060 |
| 14753323 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 21 2023 00:01:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN MI 48090-2011 |
| 14773935 | + | Email/Text: bankruptcy@marinerfinance.com | Dec 21 2023 00:00:00 | Mariner Finance, LLC, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 14742428 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 21 2023 00:01:00 | Midland Funding, 2365 Northside Drive--Suite 300, San Diego, CA 92108-2710 |
| 14756964 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 21 2023 00:01:00 | PA Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14742430 | | Email/Text: bankruptcies@penncredit.com | Dec 21 2023 00:00:00 | Penn Credit, 916 South 14th Street, P.O. Box 988, Harrisburg, PA 17108-0988 |
| 14742431 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 21 2023 00:00:00 | PNC Bank, P.O. Box 5570, Cleveland, OH 44101-0570 |
| 14742895 | + | Email/PDF: rmscedi@recoverycorp.com | Dec 21 2023 00:50:26 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14747832 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 21 2023 00:01:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, Pa. 17128-0946 |
| 14775863 | | Email/Text: bnc-quantum@quantum3group.com | Dec 21 2023 00:01:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14780730 | + | Email/Text: bncmail@w-legal.com | Dec 21 2023 00:01:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14742432 | | Email/Text: bncmail@w-legal.com | Dec 21 2023 00:01:00 | Target National Bank, c/o Target Card Services, P.O. Box 1581, Minneapolis, MN 55440-1581 |
| 14742433 | + | Email/Text: Bankruptcy@TekCollect.com | Dec 21 2023 00:00:00 | TekCollect, P.O. Box 1269, Columbus, OH 43216-1269 |
| 14776466 | | Email/Text: BNCnotices@dcmservices.com | Dec 21 2023 00:01:00 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14742434 | | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 21 2023 00:10:36 | Walmart/Synchrony Bank, Attn: Bankruptcy Department, P.O. Box 965060, Orlando, FL 32896-5060 |

TOTAL: 27

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC BANK, NATIONAL ASSOCIATION |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 3 of 3 |
| Date Rcvd: Dec 20, 2023 | Form ID: pdf900 | Total Noticed: 40 |

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 22, 2023        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 20, 2023 at the address(es) listed below:**

**Name**            **Email Address**

Brian Nicholas
 on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bnicholas@kmllawgroup.com

Daniel R. White
 on behalf of Joint Debtor Bonnie L Manos lori@zeblaw.com;r63228@notify.bestcase.com;elisa@zeblaw.com

Daniel R. White
 on behalf of Debtor William T Manos lori@zeblaw.com;r63228@notify.bestcase.com;elisa@zeblaw.com

Office of the United States Trustee
 ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
 cmecf@chapter13trusteewdpa.com

TOTAL: 5